UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMANDA M. FOUNTAIN,

    Plaintiff,

v.

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 23-cv-12411
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: April 3, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126